In re:  Case No. 25-11370-DPC
ALEXANDRIA P BURDETTE  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2    User: admin    Page 1 of 3
Date Rcvd: Nov 26, 2025    Form ID: 309A    Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALEXANDRIA P BURDETTE, 12842 W LA REATA AVE, AVONDALE, AZ 85392-7093 |
| tr | + | Dawn Marie Maguire, Chapter 7 Trustee, 10115 E. Bell Rd., Ste. 107, #619, Scottsdale, AZ 85260-2189 |
| 17965786 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley CA 92728-0825 |
| 17965795 | | Verizon Wireless, Verizon Wireless, Dallas TX 75265 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: documents2@phxfreshstart.com | Nov 26 2025 23:20:00 | David Cutler, Phoenix Fresh Start Bankruptcy Attorneys, 4131 Main St, Skokie, IL 60076 |
| tr | + | EDI: QDMMAGUIRE7 | Nov 27 2025 04:04:00 | Dawn Marie Maguire, Chapter 7 Trustee, 10115 E. Bell Rd., Ste. 107, #619, Scottsdale, AZ 85260-2189 |
| smg | | EDI: AZDEPREV.COM | Nov 27 2025 04:04:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17965774 | + | EDI: AZDEPREV.COM | Nov 27 2025 04:04:00 | Arizona Department of Revenue, 1600 W Monroe St., Phoenix AZ 85007-2650 |
| 17965776 | | EDI: BMW.COM | Nov 27 2025 04:04:00 | BMW Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin OH 43016 |
| 17965775 | + | Email/Text: bk@blittandgaines.com | Nov 26 2025 23:20:00 | Blitt and Gaines, 775 Corporate Woods Parkway, Vernon Hills IL 60061-3112 |
| 17965778 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 26 2025 23:20:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek Pkwy, Richman VA 23238 |
| 17965777 | + | EDI: CAPITALONE.COM | Nov 27 2025 04:04:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 17965779 | + | Email/Text: bankruptcy@cavps.com | Nov 26 2025 23:21:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich CT 06831-2563 |
| 17965780 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 26 2025 23:20:00 | Chime/stride Bank Na, Po Box 417, San Francisco CA 94104-0417 |
| 17965781 | + | EDI: WFNNB.COM | Nov 27 2025 04:04:00 | Comenity/Burlington CC, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus OH 43218-2125 |
| 17965782 | + | EDI: WFNNB.COM | Nov 27 2025 04:04:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 17965837 | ^ | MEBN | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Nov 26 2025 23:14:24 | Cox Communications, Records Custodian / General Counsel, 6205-B Peachtree Dunwoody Rd., Atlanta, GA 30328-4524 |
| 17965783 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 26 2025 23:21:57 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |
| 17965787 |  | EDI: CITICORP | Nov 27 2025 04:04:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason OH 45040 |
| 17965784 | + | EDI: IRS.COM | Nov 27 2025 04:04:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 17965785 | + | EDI: JEFFERSONCAP.COM | Nov 27 2025 04:04:00 | Jefferson Capital Systems, Llc, 200 14th Avenue East, Sartell MN 56377-4500 |
| 17965789 |  | Email/Text: EBN@Mohela.com | Nov 26 2025 23:20:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 17965790 |  | Email/Text: EBN@Mohela.com | Nov 26 2025 23:20:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield MO 63005 |
| 17965788 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2025 23:21:00 | Midland Credit Management Inc, PO Box 13428, Tempe AZ 85284-0058 |
| 17965791 |  | EDI: PRA.COM | Nov 27 2025 04:04:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 17965792 | + | EDI: SYNC | Nov 27 2025 04:04:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17965793 | + | EDI: SYNC | Nov 27 2025 04:04:00 | Synchrony Bank/Discount Tire, Attn: Bankruptcy Dept, Po Box 965065, Orlando FL 32896-5065 |
| 17965794 | + | EDI: SYNC | Nov 27 2025 04:04:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17965796 | + | EDI: BLUESTEM | Nov 27 2025 04:04:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud MN 56303-0820 |
| 17965797 | + | EDI: WFFC2 | Nov 27 2025 04:04:00 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis MN 55480-0393 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17965840 | *+ | Arizona Department of Revenue, 1600 W Monroe St., Phoenix AZ 85007-2650 |
| 17965842 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin OH 43016 |
| 17965841 | *+ | Blitt and Gaines, 775 Corporate Woods Parkway, Vernon Hills IL 60061-3112 |
| 17965844 | *P++ | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT SUITE 200, KENNESAW GA 30144-5938, address filed with court:, CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek Pkwy, Richman VA 23238 |
| 17965843 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 17965845 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich CT 06831-2563 |
| 17965846 | *+ | Chime/stride Bank Na, Po Box 417, San Francisco CA 94104-0417 |
| 17965847 | *+ | Comenity/Burlington CC, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus OH 43218-2125 |
| 17965848 | *+ | Comenity/Carter, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 17965850 | *+ | Cox Communications, Records Custodian / General Counsel, 6205-B Peachtree Dunwoody Rd., Atlanta, GA 30328-4524 |
| 17965849 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |
| 17965854 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason OH 45040 |
| 17965851 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 17965852 | *+ | Jefferson Capital Systems, Llc, 200 14th Avenue East, Sartell MN 56377-4500 |
| 17965853 | *+ | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley CA 92728-0825 |
| 17965856 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, |

| | | |
|---|---|---|
| | | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 17965857 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, 633 Spirit Drive, Chesterfield MO 63005 |
| 17965855 | *+ | Midland Credit Management Inc, PO Box 13428, Tempe AZ 85284-0058 |
| 17965858 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 17965859 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17965860 | *+ | Synchrony Bank/Discount Tire, Attn: Bankruptcy Dept, Po Box 965065, Orlando FL 32896-5065 |
| 17965861 | *+ | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17965862 | * | Verizon Wireless, Verizon Wireless, Dallas TX 75265 |
| 17965863 | *+ | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud MN 56303-0820 |
| 17965864 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis MN 55480-0393 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David Cutler | on behalf of Debtor ALEXANDRIA P BURDETTE documents2@phxfreshstart.com Cutler.DavidR89553@notify.bestcase.com |
| Dawn Marie Maguire | trusteemaguire@maguirelawaz.com Dmaguire2@Ecf.axosfs.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | ALEXANDRIA P BURDETTE | Social Security number or ITIN: | xxx–xx–8684 |
| | First Name   Middle Name   Last Name | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____ EIN: __–_____ | |
| United States Bankruptcy Court: | District of Arizona | Date case filed for chapter: | 7   11/25/25 |
| Case number: | 2:25–bk–11370–DPC | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | ALEXANDRIA P BURDETTE | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 12842 W LA REATA AVE AVONDALE, AZ 85392 | |
| 4. | **Debtor's attorney** Name and address | David Cutler Phoenix Fresh Start Bankruptcy Attorneys 4131 Main St Skokie, IL 60076 | Contact phone 602–456–1813 Email: documents2@phxfreshstart.com |
| 5. | **Bankruptcy trustee** Name and address | Dawn Marie Maguire Chapter 7 Trustee 10115 E. Bell Rd. Ste. 107, #619 Scottsdale, AZ 85260 | Contact phone 480–207–1987 Email: trusteemaguire@maguirelawaz.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona**  **230 North First Avenue, Suite 101**  **Phoenix, AZ 85003–1727** | Office Hours:  8:30 am – 4:00 pm Monday–Friday  Contact Phone: (602) 682–4000  Date: 11/26/25 |
| **7. Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 29, 2025 at 10:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 661 088 4237, and Passcode 9917587882, OR call 1–602–844–1176** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/27/26** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.  Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 Days from Case Filed Date.** | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |